## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HUMBERTO TAPIA-FONTANEZ<br><br>**Plaintiff(s)**<br><br>v.<br><br>UNITED STATES OF AMERICA<br>**Defendant(s)** | **CIVIL NO.** 03-1838(JAG) |

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed. Upon review of the record, the Court adopts the Report and Recommendation (Docket No. 28). Judgment shall enter accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of September, 2005.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge